# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Peter G. Sheridan |
| | : | |
| v. | : | Crim. Case No.  07-492 |
| | : | |
| HYEONG JU LEE ET AL. | : | Order for Continuance |
| | : | |

This matter having come before the Court on the joint application of Christopher J. Christie, United States Attorney for the District of New Jersey (by Bradley A. Harsch, Assistant U.S. Attorney, appearing), and defendant HYEONG JU LEE (by ~~Matthew Jeon~~ Jonathan Jung, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter for a period of sixty (60) days to allow the defendant and the Office of the United States Attorney for the District of New Jersey to negotiate a plea, and the defendant being aware that she has the right to have the matter tried within seventy days of the date of her arraignment pursuant to Title 18 of the United States Code, Section 3161(c), and the defendant having consented to the continuance in the above-captioned matter, and it appearing that the defendant waives such right, and for good cause shown;

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1)   Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render any trial of this matter unnecessary;

(2)   Defendant has consented to the aforementioned continuance;

(3)   The grant of a continuance will likely conserve judicial resources; and

(4)   Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

WHEREFORE, IT IS on this _⟋_ day of _June_____, 2008;

ORDERED that the proceedings in this matter are continued for a period of 60 days from June 4, 2008 to and through August 2, 2008; and it is further

ORDERED that the period from the time from June 4, 2008 to and through August 2, 2008 is excludable time under the Speedy Trial Act of 1974, 18 U.S.C. § 3161.

HON. PETER G. SHERIDAN
United States District Judge

Consented and Agreed to by:

~~Matthew Jeon,~~ Esq.
Jonathan Jung, Esq
Counsel for Defendant Hyeong Ju Lee

Bradley A. Harsch
Assistant U.S. Attorney

-3-