# MATTHEW JEON, P.C.

### Attorneys at Law
### 2400 Lemoine Avenue, Suite 201
### Fort Lee, New Jersey 07024
### Telephone (201) 947-9475
### Facsimile (201) 461-9524

Matthew J. Jeon, Esq.
+Member N.Y., N.J. And D.C. Bars
Email. mjeon@lawyer.com

Suk Hwa Hong, Esq.
*Member N.Y. And N.J. Bars
Email. shong@lawyer.com

New York address
401 Broadway
Suite 1004
Tel. (212) 625-1001
Fax. (212) 625-1202

Yan Wang, Esq.
+Member N.Y.
email. Wanayan3@aol.com

Please reply to
New Jersey Office

## VIA FACSIMILE (973) 645-4549

January 6, 2009

Honorable Peter G. Sheridan
United States District Court
50 Walnut Street
Newark, New Jersey 07101

      **RE:**   **USA v. HYEONG JU LEE**
              **Crim. Action: 2:07-cr-492-PGS**

Dear Judge Sheridan:

     I am writing on behalf of the above named defendant, Hyeong Ju Lee to respectfully request your approval of the Consent Order attached herein. Ms. Lee has 2 young children who need to be dropped off and picked up from school. Her husband works nights and is also often in Flushing, New York running errands in connection with his employment. She would like to be able to keep the family "routine" as much as possible before her surrender date. As you can see, Mr. Harsch has agreed to all of the requested paragraphs and Mr. Sobchik of Pre/Trial Services has consented only to the school pick-up and drop-off.

     Thank you for your kind consideration in this regard.

                   Very truly yours,

                   Matthew Jeon, P.C.

                   By:_____
                      Matthew Jeon

*[Handwritten note: As ordered Defendant may bring children to school — Peter M Sheridan 1/13/09]*

Attachment