January 25, 2009

Honorable Peter G. Sheridan
United States District Court
50 Walnut Street
Newark, New Jersey 07101

     **RE:**    **USA v. HYEONG JU LEE**
                **Crim. Action: 2:07-cr-492-PGS**

Dear Judge Sheridan:

By way of introduction, my name is Hyeong Ju Lee. I was sentenced by your Honor on December 4, 2008 in connection with my participation in the "AMG" mortgage fraud cases. I am writing to you to plead for permission to serve my period of incarceration at home.

I emigrated to the United States in 1998 and have never been in trouble with the law. I met a man who I love and was married to him in 2000. Our marriage produced 2 beautiful daughters, Christina and Michelle; Christina is in the 1st grade and Michelle is in Pre-kindergarten.

Over the past two agonizing months that I have been confined at home awaiting my surrender date, I have had the opportunity to reflect upon my life and my family, especially my two little kids. These two kids have been a world to me and have been a sustaining force in my life in a foreign land far way from my native country. I have participated in every sphere of their lives on a daily basis. Given their ages, they are in their formidable ages of development and they have depended on me for everything. What hurts me the most is that I face the prospect of being alienated from them without knowing how my children will fare in my absence. I am quite fearful of how they would be affected presently and also in the future by these circumstances.

I know what I did was wrong and I must accept the consequences of my actions. I can only say that it happened because I wanted raise funds to start a business and live the American Dream. It was never my intention not to repay the loans. I thought that once I start the business, I will pay everything back in accordance with the mortgage payment schedule. I did not realize that the payments would be overwhelming. As my attorney stated at the time of my sentencing, I even returned mortgage money from Chase because I did not need the funds. Unfortunately, Jacob Kim and his subordinates placed application in numerous places all at once to get mortgages.

I am not trying use sympathy to avoid jail sentence. Like any mothers in my situation, I am only concerned about my children's future. I don't want them to be punished for my mistake. My husband is resolved to the fact that I will not be around but we are at a loss

to explain my situation to my children. In light of the above circumstances, I sincerely implore your mercy to grant me a home confinement for the sake of my two precious children.

I thank you for kind attention and consideration in this regard.

Very truly yours,

_____
Hyeong Ju Lee