# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Peter G. Sheridan |
| v. | Crim. Case No. 07-492-12 |
| HYEONG JU LEE | <u>Consent Order</u> |

This matter having come before the Court on the joint application of Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (by Bradley A. Harsch, Assistant U.S. Attorney, appearing), and defendant HYEONG JU LEE (by Matthew Jeon, Esq., appearing), for an order modifying the conditions of bail and extending the defendant's surrender date; and defendant HYEONG JU LEE having been convicted on September 15, 2008 of conspiracy to commit bank fraud in violation of 18 U.S.C. § 1344; and the defendant having been sentenced on this charge on December 12, 2008 to serve a term of imprisonment of 14 months; and the defendant having been ordered to voluntarily surrender to the Bureau of Prisons on May 11, 2009; and the defendant having stated sufficient reasons why her bail should be modified and her surrender date extended; and the defendant having consented to this Order; and for good cause shown;

IT IS HEREBY ORDERED:

(1) That the date on which defendant HYEONG JU LEE shall voluntarily surrender to an institution designated by the Bureau of Prisons is hereby modified from October 11, 2009 to April 11, 2010; and

(2) The condition of house arrest with electronic monitoring is hereby removed; travel is restricted to New Jersey and the New York metropolitan area unless otherwise permitted by Pretrial Services.

HON. PETER G. SHERIDAN
United States District Judge

Consented and Agreed to by:

Matthew Jeon, Esq.
Counsel for Defendant Hyeong Ju Lee

Bradley A. Harsch
Assistant U.S. Attorney

-2-