Fax Server          GMT 8/10/2010 1:43:30 PM    PAGE    2/003    Fax Server
Case 3:07-cr-00492-PGS   Document 156   Filed 08/12/10   Page 1 of 2 PageID: 591

08/04/2010  14:43    2014619524              MATTHEW JEON PC              PAGE  02/03

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Peter G. Sheridan |
| v. | Crim. Case No. 07-492-12 |
| HYEONG JU LEE | <u>Consent Order</u> |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Bradley A. Harsch, Assistant U.S. Attorney, appearing), and defendant HYEONG JU LEE (by Matthew Jeon, Esq., appearing), for an order extending the defendant's surrender date; and defendant HYEONG JU LEE having been convicted on September 15, 2008 of conspiracy to commit bank fraud in violation of 18 U.S.C. § 1344; and the defendant having been sentenced on this charge on December 12, 2008 to serve a term of imprisonment of 14 months; and the defendant having been ordered to voluntarily surrender to the Bureau of Prisons on September 11, 2010; and the defendant having stated sufficient reasons why her surrender date should be extended; and the defendant having consented to this Order; and for good cause shown;

Fax Server         GMT 8/10/2010 1:43:30 PM    PAGE    3/003    Fax Server
Case 3:07-cr-00492-PGS   Document 156   Filed 08/12/10   Page 2 of 2 PageID: 592

08/04/2010  14:43    2014619524           MATTHEW JEON PC                    PAGE  03/03

IT IS HEREBY ORDERED that the date on which defendant HYEONG JU LEE shall voluntarily surrender to an institution designated by the Bureau of Prisons is hereby modified from September 11, 2010 to March 11, 2011.

HON. PETER G. SHERIDAN
United States District Judge

Consented and Agreed to by:

Matthew Jeon, Esq.
Counsel for Defendant Hyeong Ju Lee

Bradley A. Harsch
Assistant U.S. Attorney

-2-