UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Hon. Peter G. Sheridan
: Crim. No. 07-00492-012
Plaintiff, :
:
vs. :
:
HYEONG JU LEE :
:
Defendant. : **CONSENT ORDER**

THIS MATTER HAVING BEEN BROUGHT to the attention of the Court by Matthew J. Jeon, Esq., appearing, attorneys for Defendant, Hyeong Ju Lee, upon the consent of Bradley A. Harsch, Assistant United States Attorney, appearing, for Plaintiff, United States of America for the entry of an Order temporarily modifying condition of Bail and the Court upon such consent given and for good cause shown:

IT IS ON THIS 08 day of October 2010:

ORDERED AS FOLLOWS:

1. Seok Kyu Kang, one of the suretors for defendant's Bond may have his passport returned for the purposes of renewing his New Jersey Driver's license and to obtain health insurance. (Nov 1, 2010)
2. Said passport shall be returned within two weeks to the Pre-Trial Services in this District.

Dated: Oct 18, 2010

_____
Peter Sheridan
JSC USDJ

I consent to the form of the within Order.

_____
Bardley A. Harsch
Assistant United States Attorney